Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
(973) 993-8100

*Attorneys for Defendants*
*Par Sterile Products, LLC and*
*Par Pharmaceutical Companies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRESENIUS KABI USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAR STERILE PRODUCTS, LLC, and<br>PAR PHARMACEUTICAL<br>COMPANIES, INC.,<br><br>Defendants. | No. 2:16-cv-04544 (SDW) (LDW)<br><br><br>**Motion Date: September 16, 2019**<br><br><br>**Oral Argument Requested** |

**DEFENDANTS PAR STERILE PRODUCTS, LLC AND PAR
PHARMACEUTICAL COMPANIES, INC.'S NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

COUNSEL:

PLEASE TAKE NOTICE that on Monday, September 16, 2019, Defendants

Par Pharmaceutical Companies, Inc. and Par Sterile Products, LLC ("Par"), by and

through their undersigned attorneys, will move before the Honorable Susan D. Wigenton, U.S.D.J., for an Order granting Par summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and such other further relief as this Court shall deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Par will rely upon the Memorandum of Points and Authorities in support of the motion, the Statement of Material Facts Not in Dispute, the declaration of Benjamin G. Bradshaw and the exhibits attached thereto, and all other pleadings, papers, and evidence on file in this matter submitted herewith. A proposed form of order also accompanies this filing.

PLEASE TAKE FURTHER NOTICE that Par hereby requests oral argument of this motion.

Dated:  July 12, 2019                    Respectfully submitted,

                                         */s/ Thomas R. Curtin*

                                         Thomas R. Curtin
                                         George C. Jones
                                         McELROY, DEUTSCH,
                                         MULVANEY & CARPENTER, LLP
                                         1300 Mount Kemble Avenue
                                         P.O. Box 2075
                                         Morristown, NJ 07962
                                         Tel:  (973) 993-8100
                                         Fax: (973) 425-0161
                                         tcurtin@mdmc-law.com
                                         gjones@mdmc-law.com

Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
bbradshaw@omm.com

Brett J. Williamson
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California
Tel: (949) 823-6900
Fax: (949) 823-6994
bwilliamson@omm.com

Stephen J. McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
smcintyre@omm.com

*Attorneys for Defendants*
*Par Sterile Products, LLC and*
*Par Pharmaceutical Companies, Inc.*