**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRESENIUS KABI USA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PAR STERILE PRODUCTS, LLC, and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>  Defendants. | Case No: 16-4544 (SDW) (LDW)<br><br>**ORDER**<br><br>February 25, 2020 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Plaintiff Fresenius Kabi USA, LLC's ("Fresenius" or "Plaintiff") and Defendants Par Sterile Products, LLC and Par Pharmaceutical Companies, Inc.'s (collectively, "Par" or "Defendants") Motions for Summary Judgment, brought pursuant to Federal Rule of Civil Procedure 56, and this Court having carefully reviewed and considered the parties' submissions, for the reasons stated in this Court's Opinion dated February 25, 2020,

**IT IS** on this 25th day of February, 2020,

**ORDERED** that Plaintiff's Motion for Summary Judgment (D.E. 149) is **DENIED**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment (D.E. 153) is **GRANTED.**

**SO ORDERED.**

                                                                    s/ *Susan D. Wigenton*_____
                                                                    **SUSAN D. WIGENTON**
                                                                    **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Leda Dunn Wettre, U.S.M.J.
Parties