# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRESENIUS KABI USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAR STERILE PRODUCTS, LLC and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | Civil Action No. <br><br> 16-4544 (SDW) (LDW) <br><br> **ORDER** |

**THIS MATTER** having been remanded to the District Court after an appeal to the United States Court of Appeals for the Third Circuit, and having considered the parties' letters dated March 4, 2021 proposing next steps in the litigation (ECF Nos. 253, 254), and for good cause shown,

**IT IS, on this 5th day of March, 2021,**

**ORDERED** that plaintiff and defendants shall file supplemental briefs on summary judgment disposition not to exceed twenty (20) pages. There shall be no reply briefs or submissions of additional exhibits, and the parties may cite to the exhibits filed in conjunction with the previous summary judgment motions; and it is further

**ORDERED** that defendants shall file their supplemental brief on or before **April 9, 2021**, and plaintiff shall file its supplemental brief on or before **May 10, 2021**.

                                                   *s/ Leda Dunn Wettre*
                                                   Hon. Leda Dunn Wettre
                                                   United States Magistrate Judge